# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Valeant Pharmaceuticals North America LLC; Valeant Pharmaceuticals Ireland Ltd.; Dow Pharmaceutical Sciences, Inc.; and Kaken Pharmaceutical Co., Ltd.

**(b)** County of Residence of First Listed Plaintiff: **Somerset**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
William P. Deni, Jr.
Gibbons P.C., One Gateway Center, Newark, NJ 07102
973-596-4853; wdeni@gibbonslaw.com

## DEFENDANTS
Perrigo Pharma International DAC and Perrigo Co. Plc

County of Residence of First Listed Defendant: **Ireland**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☒ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 35, United States Code § 100 et seq., including 35 U.S.C. §§ 271 and 281

Brief description of cause:
This is an action for patent infringement related to Defendants' filing of an ANDA.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: Hon. Peter G. Sheridan, U.S.D.J.
DOCKET NUMBER: See attached Local Civil Rule 11.2 Certification

DATE: 12/21/2018
SIGNATURE OF ATTORNEY OF RECORD: s/ William P. Deni, Jr.

**FOR OFFICE USE ONLY**

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
Fax: (973) 596-0545

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALEANT PHARMACEUTICALS NORTH AMERICA LLC; VALEANT PHARMACEUTICALS IRELAND LTD.; DOW PHARMACEUTICAL SCIENCES, INC.; and KAKEN PHARMACEUTICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO PHARMA INTERNATIONAL DAC; and PERRIGO CO. PLC, <br><br> Defendants. | Civil Action No. 18- 17518 <br><br> *Document Electronically Filed* <br><br> **CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2** |

Pursuant to Local Civil Rule 11.2, the undersigned, attorney of record for Plaintiffs, hereby certifies that to the best of my knowledge and based upon the information available to me, the matter in controversy is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding, with the exception that the above-captioned action concerns the same drug, Jublia®, that is at issue in the following actions pending in this district before the Honorable Peter G. Sheridan, U.S.D.J.:

1. *Valeant Pharmaceuticals North America LLC, et al. v. Zydus Pharmaceuticals (USA) Inc., et al.*, Civil Action No. 18-13635

2. *Valeant Pharmaceuticals North America LLC, et al. v. Aurobindo Pharma USA Inc., et al.*, Civil Action No. 18-13693

3. *Valeant Pharmaceuticals North America LLC, et al. v. Solaris Pharma Corp.*, Civil Action No. 18-13695

4. *Valeant Pharmaceuticals North America LLC, et al. v. Strides Pharma Inc., et al.*, Civil Action No. 18-13696

5. *Valeant Pharmaceuticals North America LLC, et al. v. Lupin Ltd., et al.*, Civil Action No. 18-13700

6. *Valeant Pharmaceuticals North America LLC, et al. v. Par Pharmaceutical, Inc.*, Civil Action No. 18-13701

7. *Valeant Pharmaceuticals North America LLC, et al. v. Alkem Laboratories, Ltd.*, Civil Action No.: 18-13905

8. *Valeant Pharmaceuticals North America LLC, et al. v. Aleor Dermaceuticals Ltd.*, Civil Action No.: 18-13954

9. *Valeant Pharmaceuticals North America LLC, et al. v. Acrux DDS Pty Ltd.*, Civil Action No.  18-14194

10. *Valeant Pharmaceuticals North America LLC, et al. v. Apotex Inc., et al.*, Civil Action No. 18-14202

11. *Valeant Pharmaceuticals North America LLC, et al. v. Macleods Pharmaceuticals Ltd., et al.*, Civil Action No. 18-14204

12. *Valeant Pharmaceuticals North America LLC, et al. v. Perrigo Pharma Inter., et al.*, Civil Action No. 18-14207

13. *Valeant Pharmaceuticals North America LLC, et al. v. Slayback Pharma, LLC, et al.*, Civil Action No. 18-14208

14. *Valeant Pharmaceuticals North America LLC, et al. v. Teva Pharmaceuticals USA, Inc., et al.*, Civil Action No. 18-14209

15. *Valeant Pharmaceuticals North America LLC, et al. v. Cipla Ltd., et al.*, Civil Action No. 18-14225

16. *Valeant Pharmaceuticals North America LLC, et al. v. KVK-Tech, Inc.*, Civil Action No. 18-14298

17. *Valeant Pharmaceuticals North America LLC, et al. v. Mylan Pharmaceuticals Inc., et al.*, Civil Action No. 18-14305

18. *Valeant Pharmaceuticals North America LLC, et al. v. Amneal Pharmaceuticals LLC, et al.*, Civil Action No. 18-14468

19. *Valeant Pharmaceuticals North America LLC, et al. v. Taro Pharmaceuticals LLC, et al.*, Civil Action No. 18-15060

20. *Valeant Pharmaceuticals North America LLC, et al. v. Amneal Pharmaceuticals LLC, et al.*, Civil Action No. 18-17246

21. *Valeant Pharmaceuticals North America LLC, et al. v. Lupin Ltd., et al..*, Civil Action No. 18-17501

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 21, 2018      By:    s/ William P. Deni, Jr.
Newark, New Jersey                 William P. Deni, Jr.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
Fax: (973) 596-0545
wdeni@gibbonslaw.com