**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
Fax: (973) 596-0545

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALEANT PHARMACEUTICALS NORTH AMERICA LLC; VALEANT PHARMACEUTICALS IRELAND LTD.; DOW PHARMACEUTICAL SCIENCES, INC.; and KAKEN PHARMACEUTICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO PHARMA INTERNATIONAL DAC; and PERRIGO CO. PLC, <br><br> Defendants. | Civil Action No. 18- 17518 <br><br> *Document Electronically Filed* <br><br> **CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2** |

Pursuant to Local Civil Rule 11.2, the undersigned, attorney of record for Plaintiffs, hereby certifies that to the best of my knowledge and based upon the information available to me, the matter in controversy is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding, with the exception that the above-captioned action concerns the same drug, Jublia®, that is at issue in the following actions pending in this district before the Honorable Peter G. Sheridan, U.S.D.J.:

1. *Valeant Pharmaceuticals North America LLC, et al. v. Zydus Pharmaceuticals (USA) Inc., et al.*, Civil Action No. 18-13635

2. *Valeant Pharmaceuticals North America LLC, et al. v. Aurobindo Pharma USA Inc., et al.*, Civil Action No. 18-13693

3. *Valeant Pharmaceuticals North America LLC, et al. v. Solaris Pharma Corp.*, Civil Action No. 18-13695

4. *Valeant Pharmaceuticals North America LLC, et al. v. Strides Pharma Inc., et al.*, Civil Action No. 18-13696

5. *Valeant Pharmaceuticals North America LLC, et al. v. Lupin Ltd., et al.*, Civil Action No. 18-13700

6. *Valeant Pharmaceuticals North America LLC, et al. v. Par Pharmaceutical, Inc.*, Civil Action No. 18-13701

7. *Valeant Pharmaceuticals North America LLC, et al. v. Alkem Laboratories, Ltd.*, Civil Action No.: 18-13905

8. *Valeant Pharmaceuticals North America LLC, et al. v. Aleor Dermaceuticals Ltd.*, Civil Action No.: 18-13954

9. *Valeant Pharmaceuticals North America LLC, et al. v. Acrux DDS Pty Ltd.*, Civil Action No. 18-14194

10. *Valeant Pharmaceuticals North America LLC, et al. v. Apotex Inc., et al.*, Civil Action No. 18-14202

11. *Valeant Pharmaceuticals North America LLC, et al. v. Macleods Pharmaceuticals Ltd., et al.*, Civil Action No. 18-14204

12. *Valeant Pharmaceuticals North America LLC, et al. v. Perrigo Pharma Inter., et al.*, Civil Action No. 18-14207

13. *Valeant Pharmaceuticals North America LLC, et al. v. Slayback Pharma, LLC, et al.*, Civil Action No. 18-14208

14. *Valeant Pharmaceuticals North America LLC, et al. v. Teva Pharmaceuticals USA, Inc., et al.*, Civil Action No. 18-14209

15. *Valeant Pharmaceuticals North America LLC, et al. v. Cipla Ltd., et al.*, Civil Action No. 18-14225

16. *Valeant Pharmaceuticals North America LLC, et al. v. KVK-Tech, Inc.*, Civil Action No. 18-14298

17. *Valeant Pharmaceuticals North America LLC, et al. v. Mylan Pharmaceuticals Inc., et al.*, Civil Action No. 18-14305

18. *Valeant Pharmaceuticals North America LLC, et al. v. Amneal Pharmaceuticals LLC, et al.*, Civil Action No. 18-14468

19. *Valeant Pharmaceuticals North America LLC, et al. v. Taro Pharmaceuticals LLC, et al.*, Civil Action No. 18-15060

20. *Valeant Pharmaceuticals North America LLC, et al. v. Amneal Pharmaceuticals LLC, et al.*, Civil Action No. 18-17246

21. *Valeant Pharmaceuticals North America LLC, et al. v. Lupin Ltd., et al..*, Civil Action No. 18-17501

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 21, 2018  By:  s/ William P. Deni, Jr.
Newark, New Jersey      William P. Deni, Jr.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
Fax: (973) 596-0545
wdeni@gibbonslaw.com